USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/12/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY SCHWARTZ, and THERESA SCHWARTZ,

                           Plaintiff,

-against-

A.W. CHESTERTON COMPANY;
AEROSPACE PRODUCTS INTL.;
AIRCRAFT PARTS CORPORATION;
BOEING CO.;
CBS CORPORATION, f/k/a Viacom, Inc.,
    successor by merger to CBS Corporation,
    f/k/a Westinghouse Electric Corporation;
CURTISS-WRIGHT CORPORATION;
GENERAL DYNAMICS CORP.;
GENERAL ELECTRIC COMPANY;
GOODRICH CORPORATION f/k/a The B.F.
    Goodrich Company, individually and as
    successor in interest to The Cleveland
    Pneumatic Company, a division of the
    Pneumo Abex Corporation, a wholly owned
    subsidiary of Abex, Inc.
GOODYEAR TIRE & RUBBER CO., a/k/a
    Goodyear Aerospace;
GOULDS PUMPS. INC.
HONEYWELL INTERNATIONAL, INC., f/k/a
    Alliedsignal, Inc. and as successor in interest
    to the Bendix Corp.;
IMO INDUSTRIES, INC.;
MEGGIT AIRCRAFT BRAKING SYSTEMS,
    INC.;
NORTHROP GRUMMAN SYSTEMS
    CORPORATION;
PARKER HANNIFIN CORP.;
PRATT & WHITNEY AIRCRAFT, a division of
    UNITED TECHNOLOGIES
    CORPORATION;
RAYTHEON AIRCRAFT CO. f/k/a BEECH
    AIRCRAFT CORP.;
RAYTHEON CO.;
ROCKWELL AUTOMATION, INC. F/K/A
    ALLEN BRADLEY COMPANY INC;
UNION CARBIDE CORPORATION;

20 Civ. 8861 (AT)

**ORDER**

|   |
|---|
| Defendants. |

ANALISA TORRES, District Judge:

By **November 16, 2020**, Plaintiffs shall respond to Defendant's letter of October 29, 2020, ECF No. 20.

SO ORDERED.

Dated: November 12, 2020
        New York, New York

_____
ANALISA TORRES
United States District Judge