```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
GREGORY SCHWARTZ, and THERESA
SCHWARTZ,

                            Plaintiffs,

    -against-

A.W. CHESTERTON COMPANY;
AEROSPACE PRODUCTS INTL.;
AIRCRAFT PARTS CORPORATION;
BOEING CO.;
CBS CORPORATION, f/k/a Viacom, Inc.,
    successor by merger to CBS Corporation,
    f/k/a Westinghouse Electric Corporation;
CURTISS-WRIGHT CORPORATION;
GENERAL DYNAMICS CORP.;
GENERAL ELECTRIC COMPANY;
GOODRICH CORPORATION f/k/a The B.F.
    Goodrich Company, individually and as
    successor in interest to The Cleveland
    Pneumatic Company, a division of the
    Pneumo Abex Corporation, a wholly owned
    subsidiary of Abex, Inc.
GOODYEAR TIRE & RUBBER CO., a/k/a
    Goodyear Aerospace;
GOULDS PUMPS. INC.
HONEYWELL INTERNATIONAL, INC., f/k/a
    Alliedsignal, Inc. and as successor in interest
    to the Bendix Corp.;
IMO INDUSTRIES, INC.;
MEGGIT AIRCRAFT BRAKING SYSTEMS,
    INC.;
NORTHROP GRUMMAN SYSTEMS
    CORPORATION;
PARKER HANNIFIN CORP.;
PRATT & WHITNEY AIRCRAFT, a division of
    UNITED TECHNOLOGIES
    CORPORATION;
RAYTHEON AIRCRAFT CO. f/k/a BEECH
    AIRCRAFT CORP.;
RAYTHEON CO.;
ROCKWELL AUTOMATION, INC. F/K/A
    ALLEN BRADLEY COMPANY INC;
UNION CARBIDE CORPORATION;

20 Civ. 8861 (AT)

**ORDER**

                                Defendants.

ANALISA TORRES, District Judge:

      Plaintiffs bring this action against numerous Defendant companies, alleging they caused Plaintiff Gregory Schwartz injury from asbestos exposure.  ECF No. 1-1.  On October 22, 2020, this action was removed from Supreme Court, County of New York.  ECF No. 1.  On October 29, 2020, Defendant Boeing Co. filed a pre-motion letter seeking permission to move to transfer venue to the Northern District of New York, based on the claim arising from Plaintiff Gregory Schwartz's twenty-two years of work in Plattsburgh, New York, and having no factual connection to the Southern District of New York.  ECF No. 20.  On November 12, 2020, the Court ordered Plaintiffs to respond to Defendant Boeing Co.'s letter.  ECF No. 33.  Plaintiffs indicated by e-mail to the Court on November 16, 2020, that they did not object to transfer.  The Court also ordered the other Defendants to indicate their position on Defendant Boeing Co.'s proposed motion to transfer by November 24, 2020.  ECF No. 41.  All Defendants who have responded indicated either their intention to join Defendant Boeing Co.'s motion, or that they would not object to the motion.  ECF Nos. 21, 26, 42–44, 47, 52–54.  Accordingly, given the parties' consent and the location of the bulk of the facts in the Northern District, the Court GRANTS Defendant Boeing Co.'s motion to transfer.

      The Clerk of Court is directed to transfer this action to the United States District Court for the Northern District of New York.

      SO ORDERED.

Dated: November 30, 2020
       New York, New York

                                                                     ANALISA TORRES
                                                                United States District Judge